Date March 16, 2015
Christopher A. Prine
Clerk of the First Court
of Appeals

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 26 2015

CHRISTOPHER A. PRINE

CLERK _____

Re: Meria James Bradley
Cause No. 01-15-00165-CU.

Dear Clerk

I do not understand How can you give me
A deadline to File my Appeal Bilfe and I do not have
The Clerk's Records or the Trial Transcript and I sent
you All A Motion Request For the Court to send me A Free
Copy of the Trial Transcript. Because I was so poor
that I could not pay For them. you tell me How Can I,
Send my Bilfe in to the Court without the Transcript
or the Clerk's Records.

Your Assistance in this Matter is Greatly Appreciated.

Sincerely

Meria James Bradley
Plaintiff Pro Se
#1837524 18 R-53
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77350

Medill James Bradley
#1837534 18-R-53
Polonsky Unit
3872 FM 350 South
Livingston, Texas 77351

USA
FOREVER

NORTH HOUSTON TX 773

24 MAR 2015 PM 1 L

Christopher A. Prine
Clerk of The First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

7700220506699

VS. Special